**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DEVIN ROUSE, | : | No. 128 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILA. COMMON PLEAS COURT, | : | |
| RETIRED JUDGE KATHYRN S. LEWIS, | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Action in Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.